IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT H. JOHNSON                                                        PLAINTIFF

v.                    Case No. 2:18-cv-00181-KGB

USA                                                                     DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 10). Accordingly, the Court dismisses without prejudice plaintiff Robert H. Johnson's complaint, and the Court denies as moot Mr. Johnson's motion for emergency protective order (Dkt. No. 2).

It is so ordered this 15th day of May, 2019.

Kristine G. Baker
United States District Judge