# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT H. JOHNSON**                                                  **PLAINTIFF**

**v.**                           **Case No. 2:18-cv-00181-KGB**

**USA**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Robert H. Johnson's complaint is dismissed without prejudice.

So adjudged this 15th day of May, 2019.

                                                       Kristine G. Baker
                                                       United States District Judge